** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 8, 2021 at 10:18:56 AM EST | 16167760037 | 123 | 6 | Received |

02/08/2021　10:19　16167760037　　　　　　　PHIL C ROGERS　　　　　　　PAGE 01/06

Case 1:21-mc-00004-UNA   Document 2   Filed 02/08/21   Page 1 of 6

**Phillip C. Rogers, Attorney At Law**
6140 28th St. SE, Suite 115, Grand Rapids, MI 49546
Work: 616-776-1176 | Fax: 616-776-0037

# Fax

| | | | |
|---|---|---|---|
| TO: | Clerk of Court, U.S. Dist. Ct. W.D.N.Y. - Buffalo | FROM: | Phillip C Rogers (MI - P34356) |
| FAX: | 716-551-1705 | PAGES: | 6 Pages Including Cover Sheet |
| PHONE: | | DATE: | 02/08/2021 |
| RE: | Correction to Case No. 1:21-MC-4 | ATTN: | Clerk of Court |

☐ Urgent    ☐ For Review

Comments: See attached.

**PHILLIP C. ROGERS**
ATTORNEY AT LAW
6140 28th Street S.E., Suite 115
Grand Rapids, Michigan 49546

TELEPHONE (616) 776-1176                                       E-MAIL ConsumerLawyer@aol.com
FACSIMILE (616) 776-0037

February 8, 2021

Mary C. Loewenguth
Clerk of Court
United State District Court – Western District of New York
2 Niagara Square
Buffalo, NY 14202-3498
Fax: 716-551-1705

      Re:   *Mark Crouch v. Oconnor Corporation, et al.*
             USDC Western District of New York, Case No. 1:21-mc-4

Dear Clerk of Court:

On February 8, 2021, I received a copy of the above referenced case filed in your Court. The Judgment that was certified in this case did not list the defendants by name. I included a docket sheet from the Western District of Michigan pertaining to the case, which listed the parties who the judgment is against. I have included this again with this fax for verification.

Accordingly, please make the following corrections:

1. Currently, your case lists a defendant as "Oconn*er* Corporation, et al." This defendant should read "Oconn*or* Corporation."

2. The other defendants against whom the judgment is entered, and who should be included as parties in this action, are:

    a. Francesca G. Goodwin

    b. Terrence E. Gidney, Jr.

3. There was one additional defendant named Brian Avery Smith. He was terminated from this lawsuit before the judgment was entered.

If you have any questions, please contact me by telephone at 616-776-1176. Thank you for your attention to this matter.

Dated: February 8, 2021

/s/ [signature]

Phillip C. Rogers (P34356)
Attorney for Plaintiff
6140 28th Street SE, Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
ConsumerLawyer@aol.com

CLOSED

# United States District Court
## Western District of Michigan (Southern Division (1))
### CIVIL DOCKET FOR CASE #: 1:20-cv-00353-PLM-PJG

Crouch v. Oconnor Corporation et al  
Assigned to: District Judge Paul L. Maloney  
Referred to: Magistrate Judge Phillip J. Green  (events as ordered)  
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 04/24/2020  
Date Terminated: 09/30/2020  
Jury Demand: None  
Nature of Suit: 480 Consumer Credit  
Jurisdiction: Federal Question

**plaintiff**

**Mark Crouch**               represented by  **Phillip C. Rogers**  
6140 28th St. SE, Ste. 115  
Grand Rapids, MI 49546-6938  
(616) 776-1176  
Fax: (616) 776-0037  
Email: ConsumerLawyer@aol.com  
*ATTORNEY TO BE NOTICED*

V.

**defendant**

**Oconnor Corporation**

**defendant**

**Francesca G. Goodwin**

**defendant**

**Terrence E. Gidney, Jr.**

**defendant**

**Brian Avery Smith**  
*TERMINATED: 07/17/2020*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/24/2020 | 1 | COMPLAINT against All Defendants filed by Mark Crouch (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Rogers, Phillip) (Entered: 04/24/2020) |
| 04/24/2020 |   | FILING FEE PAID re 1 by plaintiff Mark Crouch in the amount of $400, receipt number AMIWDC-5173044 (Rogers, Phillip) (Entered: 04/24/2020) |
| 04/25/2020 | 2 | PROPOSED SUMMONS to be issued re 1 (Rogers, Phillip) (Entered: 04/25/2020) |
| 04/27/2020 | 3 | Memorandum regarding potentially related case returned to Clerk from Magistrate Judge Green indicating that this case is not related to case 1:19-cv-378 (jmw) (Entered: |

|            |    | 04/27/2020)                                                                                                                                                                                                                                                                                           |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 04/27/2020 | 4  | NOTICE that this case has been assigned Paul L. Maloney (pjw) (Entered: 04/27/2020)                                                                                                                                                                                                                   |
| 04/27/2020 | 5  | SUMMONS ISSUED as to defendants Terrence E. Gidney, Jr, Francesca G. Goodwin, Oconnor Corporation, Brian Avery Smith (pjw) (Entered: 04/27/2020)                                                                                                                                                      |
| 05/18/2020 | 6  | SUMMONS RETURNED UNEXECUTED as to Oconnor Corporation, filed by plaintiff Mark Crouch (Rogers, Phillip) (Entered: 05/18/2020)                                                                                                                                                                         |
| 05/18/2020 | 7  | SUMMONS RETURNED UNEXECUTED as to Francesca G. Goodwin, filed by plaintiff Mark Crouch (Rogers, Phillip) (Entered: 05/18/2020)                                                                                                                                                                        |
| 05/18/2020 | 8  | SUMMONS RETURNED UNEXECUTED as to Terrence E. Gidney Jr., filed by plaintiff Mark Crouch (Rogers, Phillip) (Entered: 05/18/2020)                                                                                                                                                                      |
| 05/19/2020 | 9  | MOTION for alternate service *as to defendants Oconnor Corporation, Francesca G. Goodwin and Terrence E. Gidney Jr.* by plaintiff Mark Crouch; (Rogers, Phillip) (Entered: 05/19/2020)                                                                                                                |
| 05/19/2020 | 10 | BRIEF in support of MOTION for alternate service *as to defendants Oconnor Corporation, Francesca G. Goodwin and Terrence E. Gidney Jr.* 9 filed by Mark Crouch (Attachments: # 1 Affidavit Declaration of Process Server Monique Geising) (Rogers, Phillip) (Entered: 05/19/2020)                    |
| 05/29/2020 | 11 | ORDER granting 9 motion for alternate service ; signed by District Judge Paul L. Maloney (Judge Paul L. Maloney, cmc) (Entered: 05/29/2020)                                                                                                                                                           |
| 06/08/2020 | 12 | SUMMONS returned executed; Oconnor Corporation served on 6/5/2020, answer due 6/26/2020 (Rogers, Phillip) (Entered: 06/08/2020)                                                                                                                                                                       |
| 06/08/2020 | 13 | SUMMONS returned executed; Francesca G. Goodwin served on 6/5/2020, answer due 6/26/2020 (Rogers, Phillip) (Entered: 06/08/2020)                                                                                                                                                                      |
| 06/08/2020 | 14 | SUMMONS returned executed; Terrence E. Gidney, Jr served on 6/5/2020, answer due 6/26/2020 (Rogers, Phillip) (Entered: 06/08/2020)                                                                                                                                                                    |
| 06/08/2020 | 15 | PROOF OF SERVICE by plaintiff Mark Crouch re Order on Motion for Alternate Service 11 *Declaration of Phillip C. Rogers regarding service of Summons, Complaint and Court's Order by mail, certified mail, and email, on May 29, 2020, on defendants Oconnor Corporation, Francesca G. Goodwin and Terrence E. Gidney Jr.* (Rogers, Phillip) (Entered: 06/08/2020) |
| 06/30/2020 | 16 | NOTICE OF IMPENDING DISMISSAL as to defendant Brian Avery Smith for failure to serve; verified petition regarding service of process to be submitted by 7/16/2020 or the case will be dismissed; signed by District Judge Paul L. Maloney (Judge Paul L. Maloney, acr) (Entered: 06/30/2020)          |
| 07/02/2020 | 17 | APPLICATION for entry of default as to *Oconnor Corporation, Francesca G. Goodwin and Terrence E. Gidney Jr.* (Attachments: # 1 Affidavit Declaration of Phillip C. Rogers, # 2 Proposed Document Entry of Default) (Rogers, Phillip) (Entered: 07/02/2020)                                          |
| 07/06/2020 | 18 | DEFAULT ENTERED as to defendants Terrence E. Gidney, Jr, Francesca G. Goodwin, Oconnor Corporation (mg) (Entered: 07/06/2020)                                                                                                                                                                         |

| | | |
|---|---|---|
| 07/17/2020 | 19 | ORDER TO SHOW CAUSE: plaintiff to submit pleadings to seek default judgment against defendants Terrence E. Gidney, Jr, Francesca G. Goodwin, Oconnor Corporation or to show cause by 7/31/2020; signed by District Judge Paul L. Maloney (Judge Paul L. Maloney, acr) (Entered: 07/17/2020) |
| 07/17/2020 | 20 | ORDER dismissing without prejudice as to defendant Brian Avery Smith for failure to serve; signed by District Judge Paul L. Maloney (Judge Paul L. Maloney, acr) (Entered: 07/17/2020) |
| 07/31/2020 | 21 | APPLICATION for entry of default judgment as to *Oconnor Corporation, Francesca G. Goodwin, and Terrence E. Gidney, Jr.* (Rogers, Phillip) (Entered: 07/31/2020) |
| 09/30/2020 | 22 | ORDER granting 21 application for entry of default judgment; signed by District Judge Paul L. Maloney (Judge Paul L. Maloney, cmc) (Entered: 09/30/2020) |
| 09/30/2020 | 23 | JUDGMENT; signed by District Judge Paul L. Maloney (Judge Paul L. Maloney, cmc) (Entered: 09/30/2020) |
| 10/09/2020 | 24 | MOTION for attorney fees *and costs* by plaintiff Mark Crouch; (Attachments: # 1 Exhibit A - Declaration of Phillip C. Rogers regarding attorney's fees and costs) (Rogers, Phillip) (Entered: 10/09/2020) |
| 12/09/2020 | 25 | ORDER granting 24 motion for attorney fees; signed by District Judge Paul L. Maloney (Judge Paul L. Maloney, cmc) (Entered: 12/09/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/08/2021 12:19:44 | | | |
| PACER Login: | RogersAttorney | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:20-cv-00353-PLM-PJG |
| Billable Pages: | 2 | Cost: | 0.20 |